1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | CARL JOHNSON and TERI JOHNSON,        )   Case No. 12cv662-JM (DHB)
   | individually and on behalf of a class of  )
12 | similarly situated individuals,          )   **ORDER FOLLOWING STATUS**
   |                                          )   **CONFERENCE**
13 |                        Plaintiffs,       )
   |                                          )
14 | v.                                       )
   |                                          )
15 | HARVEST MANAGEMENT SUB TRS              )
   | CORPORATION; HARVEST                    )
16 | MANAGEMENT SUB, LLC dba HOLIDAY         )
   | RETIREMENT,                             )
17 |                                          )
   |                        Defendants.      )
18 |                                          )

19        On January 16, 2013 at 9:30 a.m., the Court held a telephonic Status Conference in the above

20 entitled action.  Counsel indicated the parties are working to finalize the settlement agreement, and

21 anticipate filing a motion for preliminary approval of the settlement before the Honorable Jeffrey

22 T. Miller within 60 days.  Accordingly, IT IS HEREBY ORDERED that a Status Conference shall

23 be held on **March 13, 2013** at **9:30 a.m.**  The Status Conference shall be <u>telephonic</u>, with <u>attorneys</u>

24 <u>only</u>.  Counsel for Plaintiff shall coordinate and initiate the conference call

25        **IT IS SO ORDERED.**

26 DATED:  January 16, 2013

27

28                                                _____
                                                 DAVID H. BARTICK
                                                 United States Magistrate Judge

                                                                        12cv662-JM (DHB)