UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON and TERI JOHNSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEST MANAGEMENT SUB TRS CORPORATION; HARVEST MANAGEMENT SUB, LLC dba HOLIDAY RETIREMENT,<br><br>Defendants. | Case No. 12cv662-JM (DHB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

On March 13, 2013 at 9:30 a.m., the Court held a telephonic Status Conference in the above entitled action. Counsel indicated the parties anticipate filing a motion for preliminary approval of the settlement before the Honorable Jeffrey T. Miller within 30 days. Accordingly, IT IS HEREBY ORDERED that a Status Conference shall be held on **April 10, 2013** at **1:30 p.m.** The Status Conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall coordinate and initiate the conference call

**IT IS SO ORDERED.**

DATED: March 13, 2013

DAVID H. BARTICK
United States Magistrate Judge

12cv662-JM (DHB)