UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON and TERI JOHNSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEST MANAGEMENT SUB TRS CORPORATION; HARVEST MANAGEMENT SUB, LLC dba HOLIDAY RETIREMENT,<br><br>Defendants. | Case No. 12cv662-JM (DHB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

On April 10, 2013 at 1:30 p.m., the Court held a telephonic Status Conference in the above entitled action. Counsel indicated the parties are finalizing the motion for preliminary approval of the class settlement. Accordingly, IT IS HEREBY ORDERED:

1. The motion for preliminary approval of the class settlement shall be filed no later than **April 24, 2013**.

2. A Status Conference shall be held on **May 9, 2013** at **1:30 p.m.** The Status Conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall coordinate and initiate the conference call

**IT IS SO ORDERED.**

DATED: April 11, 2013

DAVID H. BARTICK
United States Magistrate Judge

12cv662-JM (DHB)