Jason M. Lindner (SBN #211451)
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, California 92101
Phone: (619) 400-5822
Fax:    (619) 400-5832
lindner@stuevesiegel.com

George A. Hanson (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax:    (816) 714-7101
hanson@stuevesiegel.com

David Rosenberg (SBN# 99105)
Annette Farnaes (SBN# 128701)
ROSENBERG, SHPALL, & ASSOCIATES
750 B Street, Suite 3210
San Diego, California 92101
Phone: (619) 232-1826
Fax:    (619) 232-1859
rsalaw@yahoo.com
afrsalaw@yahoo.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL JOHNSON and TERI JOHNSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>HARVEST MANAGEMENT SUB TRS CORPORATION; HARVEST MANAGEMENT SUB, LLC dba HOLIDAY RETIREMENT,<br>Defendants. | Case No. 12-cv-0662 JM DHB<br><br>**PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS AND EXPENSES, AND SERVICE AWARDS**<br><br>Date:  June 3, 2013<br>Time:  10:00 a.m.<br>Dept:  5D<br>Judge: Hon. Jeffrey T. Miller |

**TO:     ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on June 3, 2013 at 10:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Jeffrey T. Miller, Plaintiffs Carl Johnson and Teri Johnson will move this Court for an order approving the collective action settlement submitted by Plaintiffs, approving Plaintiffs' counsel's requests for fees, costs and expenses, and service awards to the Named Plaintiffs, approving the appointment of the requested Claims Administrator, approving the proposed Form of Notice, and directing the mailing of the proposed Class Notice and related documents.  This application is brought for the following reasons, as demonstrated by the attached declaration of Jason M. Lindner, and the Memorandum of Points and Authorities filed herewith and any oral and/or documentary evidence presented at the time of the hearing of this matter:

1.     The parties in this case have reached an agreement to settle this matter after significant arms-length negotiations, including mediation.

2.     The terms of the settlement are fair and represent meaningful recovery for the class members, and come as a result of contested litigation to resolve a *bona fide* dispute between the parties.

3.     The requested fees, expenses, and service awards are fair and reasonable under the relevant standards in this District.

4.     Appointment of the proposed Claims Administrator and payment of administrative costs is appropriate.

5.     The Settlement Agreement and attached Notice provide for adequate and reasonable notice of the Settlement.

WHEREFORE, for the reasons set forth above and in Plaintiff's Memorandum of Points and Authorities, Plaintiff requests that the Court enter the Proposed Order approving the collective action settlement submitted by Plaintiffs, approving Plaintiffs' counsel's requests for fees, costs and expenses, and service awards to the Named Plaintiffs, approving the appointment of the requested Claims Administrator, approving the proposed Form of Notice, and directing the mailing of the proposed Class Notice and related documents.

1

| | |
|---|---|
| Dated: April 24, 2013 | Respectfully submitted, |

By: s/Jason M. Lindner
 Jason M. Lindner
 STUEVE SIEGEL HANSON LLP
 550 West C Street, Suite 610
 San Diego, California 92101
 Telephone: (619) 400-5822
 Facsimile:  (619) 400-5832

 George A. Hanson
 STUEVE SIEGEL HANSON LLP
 460 Nichols Road, Suite 200
 Kansas City, Missouri 64112
 Telephone:  (816) 714-7112
 Facsimile:  (816) 714-7101

 David Rosenberg
 Annette Farnaes
 Rosenberg, Shpall, & Associates
 750 B Street, Suite 3210
 San Diego, California  92101
 Telephone: (619) 232-1826
 Facsimile:  (619) 232-1859
 rsalaw@yahoo.com
 afrsalaw@yahoo.com

 *Attorneys for Plaintiffs*